## KAVENY *v.* CITY OF TROY.

*(Supreme Court, General Term, Third Department.　February 18, 1891.)*

MUNICIPAL CORPORATIONS—DEFECTIVE SIDEWALKS—DISMISSAL OF ACTION.

At a second trial of an action for personal injuries sustained by a fall on defendant's sidewalk, a judgment on a verdict for plaintiff on the first trial having been reversed upon appeal on the ground that the evidence was insufficient to sustain the verdict, the only additional evidence was that there was a ridge in the walk, formed by two small flag-stones near where plaintiff fell, covered with snow and ice, but it did not appear that plaintiff slipped upon this ridge. *Held*, that a dismissal of the complaint was proper.

Appeal from circuit court, Rensselaer county.

Action by Sabrina Kaveny against the city of Troy to recover damages for personal injuries from a fall on defendant's sidewalk. Plaintiff appeals from a judgment for defendant entered on a dismissal of the complaint at the trial. For former reports, see 15 N. E. Rep. 726, and 5 N. Y. Supp. 950.

Argued before LEARNED, P. J., and LANDON, J.

*Lansing & Cantwell*, (*James Lansing*, of counsel,) for appellant.　*R. A. Parmenter*, (*Wm. J. Roche*, of counsel,) for respondent.

LANDON, J.　The appellant claims that she has made a better case than that upon which the court of appeals held that she was not entitled to recover. 108 N. Y. 571, 15 N. E. Rep. 726. Some evidence was given tending to show that at a point in the sidewalk near where she fell two small

flag-stones lay side by side, an inner and an outer one, the first declining slightly in grade from the middle of the walk to the piazza of the hotel, and the second from the middle of the walk to the curb-stone, thus forming a ridge in the walk; that the water dripped from the piazza roof upon these stones, and froze, thus adding a ridge of ice to the ridge formed by the flag-stones. The ridge formed by the flag-stones, if any, was too slight to be termed a substantial defect in the walk, and the real difficulty was in the snow and ice, as to which the testimony is the same now as upon the former appeal. Besides, it does not appear that the appellant fell upon these two flag-stones. Judgment affirmed, with costs.